**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__    District of __California__
                                  (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | B-Side BBQ, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 2 7 – 5 3 4 8 6 3 4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3248    Louise Street<br>Number    Street | _____<br>Number    Street |
| _____ | P.O. Box |
| Oakland,    CA    94608<br>City    State    ZIP Code | _____<br>City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Alameda<br>County | _____<br>Number    Street |
| | _____ |
| | _____<br>City    State    ZIP Code |

5. **Debtor's website** (URL)    _____

Case: 21-40688    Doc# 1    Filed: 05/19/21    Entered: 05/19/21 11:19:25    Page 1 of 14

| 6. | **Type of debtor** |
|----|--------------------|

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership (excluding LLP)

☐ Other. Specify: _____

| 7. | **Describe debtor's business** |
|----|-------------------------------|

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** |
|----|---------------------------------------------------------------------|

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Case: 21-40688    Doc# 1    Filed: 05/19/21    Entered: 05/19/21 11:19:25    Page 2 of 14

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No

   ☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

           District _____  When _____  Case number _____
                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No

    ☑ Yes.  Debtor   See attached _____    Relationship   Affiliates _____

            District _____    When _____
                                                                 MM / DD / YYYY

            Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**_____
                              Number        Street

                              _____

                              _____    _____ _____
                              City                                   State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____

           Contact name _____

           Phone _____

---

### Statistical and administrative information

Case: 21-40688    Doc# 1    Filed: 05/19/21    Entered: 05/19/21 11:19:25    Page 3 of 14

| 13. Debtor's estimation of available funds | Check one: |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5 / 12 / 2021
            MM / DD / YYYY

X _Tanya Holland_____
Signature of authorized representative of debtor

Title  Manager

Tanya Holland, Manager
Printed name

Provence Assets Holding Company, LLC

**18. Signature of attorney**

✗    _/s/ Simon Aron_____    Date    05/17/2021_____

Signature of attorney for debtor                              MM   / DD / YYYY

Simon Aron_____

Printed name

Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP_____

Firm name

11400      West Olympic Blvd., 9th Floor_____

Number       Street

Los Angeles,_____     CA      90064_____

City                                        State      ZIP Code

(310) 478-4100_____          saron@wrslawyers.com_____

Contact phone                               Email address

108183_____          CA_____

Bar number                                  State

Case: 21-40688    Doc# 1    Filed: 05/19/21    Entered: 05/19/21 11:19:25    Page 5 of 14

Debtor Name **B-Side BBQ, LLC**

United States Bankruptcy Court for the: **Northern** District of **CA**
(State)

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* ____

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **5/12/2021**    ✗ _Tanya Holland_ (signature)
MM / DD / YYYY      Signature of individual signing on behalf of debtor

**Tanya Holland**
Printed name

**Manager, Provence Assets Holding Company, LLC**
Position or relationship to debtor

Official Form 202      Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name  B-Side BBQ, LLC

United States Bankruptcy Court for the:  Northern                District of  CA
                                                                                 (State)

Case number (If known):  _____

☐ Check if this is an
   amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Acme Bread 2730 Ninth Street Berkeley, CA 94710 | | | | | | $706.65 |
| 2 | Alsco 1575 Indiana Street San Francisco, CA 94101 | | | | | | $191.36 |
| 3 | American Paper and Plastics, Inc. P.O. Box 91658 City of Industry, CA 91715 | | | | | | $580.51 |
| 4 | Auto-Chlor System 1350 14th Street Oakland, CA 94607 | | | | | | $427.71 |
| 5 | BiRite Foodservice Distributors 123 South Hill Drive Brisbane, CA 94005 | | | | | | $2,307.23 |
| 6 | Black Creek Builders 4096 Piedmont Avenue Oakland, CA 94611 | | | | | | $7,460.01 |
| 7 | East Bay Restaurant Supply Inc. 49 4th Street Oakland, CA 94607 | | | | | | $43.58 |
| 8 | Greenleaf P.O. Box 45192 San Francisco, CA 94145 | | | | | | $4,514.47 |

Case: 21-40688   Doc# 1   Filed: 05/19/21   Entered: 05/19/21 11:19:25   Page 7 of 14

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Hodo Soy Beanery 2923 Adeline Street Oakland, CA 94608 | | | | | | $270.00 |
| 10 | Horizon Beverage Company 8380 Pardee Drive Oakland, CA 94621 | | | | | | $702.65 |
| 11 | Kurt Schmitz, Jr. Inc. 410 Hester Street San Leandro, CA 94577 | | | | | | $9,010.67 |
| 12 | Monterey Fish Market Pier 33 San Francisco, CA 94111 | | | | | | $611.00 |
| 13 | Semifreddi's 1980 N Loop Road Alameda, CA 94502 | | | | | | $33.75 |
| 14 | Skriv Design Attn: John Skrivanich 10138 Regency Square Ave Las Vegas, NV 89148 | | | | | | $550.94 |
| 15 | Starline Supply Company 2401 Peralta Street Oakland, CA 94603 | | | | | | $133.17 |
| 16 | Waste Management 172 98th Avenue Oakland, CA 94603 | | | | | | $398.51 |
| 17 | Wine Warehouse P.O. Box 45616 San Francisco, CA 94145 | | | | | | $2,983.28 |
| 18 | Young's Market Company P.O. Box 743564 Los Angeles, CA 90074 | | | | | | $1,485.85 |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

Acme Bread
1601 San Pablo Ave
Berkeley, CA 94702


Alsco
1575 Indiana Street
San Francisco, CA 94101


American Paper and Plastics Inc
PO Box 91658
City of Industry, CA 91715


Auto-Chlor System
1350 14th Street
Oakland, CA 94607


Bassian Farms
1865 S 10th Street
San Jose, CA 95112


BiRite Foodservice Distributors
123 South Hill Drive
Brisbane, CA 94005


Black Creek Builders
4096 Piedmont Avenue
Oakland, CA 94611


Brightpath Capital Partners LP
1 Kaiser Plaza Suite 650
Oakland, CA 94612

CASS Inc
2740 Peralta Street
Oakland, CA 94607


Chris Pastena
180 2nd Street #315
Oakland, CA 94607


East Bay Restaurant Supply Inc
49 4th Street
Oakland, CA 94607


Greenleaf
PO Box 45192
San Francisco, CA 94145


Hodo Soy Beanery
2923 Adeline Street
Oakland, CA 94608


Horizon Beverage Company
8380 Pardee Drive
Oakland, CA 94621


Jeremy Crandell
3247 Helen Street
Oakland, CA 94608


Joe Laymon
17 Dawn Street
Berkeley, CA 94705

John Gooding
6363 Christie Ave #2616
Emeryville, CA 94608


Kurt Schmitz Jr Inc
410 Hester Street
San Leandro, CA 94577


Letty Ledbetter
3033 Wisconsin Street
Oakland, CA 94602


Monterey Fish Market
Pier 33
San Francisco, CA 94111


Semifreddi's
1980 N Loop Road
Alameda, CA 94502


Skriv Design
Attn John Skrivanich
10138 Regency Square Ave
Las Vegas, NV 89148


Southern Wine & Spirits
2211 Palou Avenue
San Francisco, CA 94124


Starline Supply Company
2401 Peralta Street
Oakland, CA 94603

Waste Management
172 98th Avenue
Oakland, CA 94603


Wine Warehouse
PO Box 45616
San Francisco, CA 94145


Young's Market Company
PO Box 743564
Los Angeles, CA 90074

CERTIFICATE OF MEMBERSHIP OF THE B-SIDE BBQ, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

I, Tanya Holland ("TH") do hereby certify:

That I am a duly appointed and acting manager of B-Side BBQ, LLC, a California limited liability company (the "Company").

That a special meeting of the board of managers of the Company was duly held on March 31, 2021, at which time the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

RESOLVED, based upon prior events and the advice of counsel, that it is desirable and in the best interests of the Company, their creditors, employees, members and other interested parties, that a Petition be filed by the Company under the provisions of Chapter 11 of the Bankruptcy Code (11 U.S.C. §§101 et. seq.).

FURTHER RESOLVED that a Petition under said Chapter 11 shall be filed and submitted on behalf the Company and the same hereby is approved and adopted in all respects, and TH, as manager of the Company, is hereby authorized and directed on behalf of and in the name of the Company, to execute and verify such Petition and to cause the same to be filed with the United States Bankruptcy Court, Northern District of California.

FURTHER RESOLVED that TH, as manager of the Company, be and hereby is authorized on behalf of the Company to execute and file all petitions, schedules, lists and other papers to take any and all action which he may deem necessary and proper in connection with such proceedings under said Chapter 11, and in that connection to retain and employ all assistance by legal counsel or otherwise which he may deem necessary and proper with a view to the successful conclusion of such proceedings.

4535825.1

FURTHER RESOLVED, that WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, be and hereby is retained as attorneys for the Company in connection with the institution of and maintaining of such proceedings.

Dated: March 31, 2021

Tanya Holland
Manager, B-Side BBQ, LLC

4535825.1

I:\13161\002\DOCUMENT\RESOLUT