SIMON ARON (State Bar No. 108183)
  saron@wrslawyers.com
JOHNNY WHITE (State Bar No. 269306)
  jwhite@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:   (310) 478-4100
Facsimile:   (310) 479-1422

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND/SAN FRANCISCO DIVISIONS

| | |
|---|---|
| In re<br><br>BSK HOSPITALITY GROUP, LLC,<br><br>        Debtor. | Case No. 21-40686<br>Case No. 21-40687<br>Case No. 21-30375<br>Case No. 21-40688<br>Case No. 21-40689 |
| In re<br><br>BSK BROADWAY, LLC,<br><br>        Debtor. | Chapter 11<br><br>**NOTICE OF RELATED CASES**<br><br>**[Local Bankruptcy Rule 1015-1]** |
| In re<br><br>BSK FERRY BUILDING, LLC,<br><br>        Debtor. | |
| In re<br><br>B-SIDE BBQ, LLC,<br><br>        Debtor. | |
| In re<br><br>THE BROWN SUGAR KITCHEN, LLC,<br><br>        Debtor. | |

/ / /

**TO THE COURT, THE CLERK AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** the five above-captioned matters are "Related cases" within the definition of LBR 1015-1(a) as debtors BSK Hospitality Group, LLC; BSK Broadway, LLC; BSK Ferry Building, LLC; B-Side BBQ, LLC; and The Brown Sugar Kitchen, LLC (collectively, the "Debtors") in each of these cases are "affiliates" within the meaning of 11 U.S.C. § 101(2) and that pursuant to LBR 1015-1(a), assignment of all five cases to a single Judge "would promote efficient administration of the estates or avoid conflicting or inconsistent rulings."

The Debtors provide the following factual explanation for their belief that their five cases are "related:" Debtors BSK Broadway, LLC and BSK Ferry Building, LLC are owned and controlled by debtor BSK Hospitality Group, LLC, and each of the above-captioned five (5) Debtors operated or operates effectively under the same ownership and control as BSK Hospitality Group, LLC.

DATED: May 19, 2021          WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP

By:      */s/ Simon Aron*
       SIMON ARON
Attorneys for Debtor