☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____      $ Unknown

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____      $ Unknown

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
Employment Development Department
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____      $ Unknown

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor: **B-Side BBQ, LLC**
Case number (if known): 21-40688-CN

# Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.4** Priority creditor's name and mailing address

CA Dept. of Tax & Fee Administration
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____
Priority amount: $ **Unknown**

---

**2._** Priority creditor's name and mailing address

(blank)

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____
Priority amount: $_____

---

**2._** Priority creditor's name and mailing address

(blank)

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____
Priority amount: $_____

---

**2._** Priority creditor's name and mailing address

(blank)

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____
Priority amount: $_____

Case: 21-40688  Doc# 27  Filed: 06/16/21  Entered: 06/16/21 18:21:17  Page 2 of 9

Debtor: B-Side BBQ, LLC  
Case number (if known): 21-40688-CN

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Acme Bread<br>1601 San Pablo Ave<br>Berkeley, CA 94702<br><br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $706.65 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Alsco<br>1575 Indiana Street<br>San Francisco, CA 94101<br><br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $191.36 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>American Paper and Plastics Inc.<br>P.O. Box 91658<br>City of Industry, CA 91715<br><br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $580.51 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Auto-Chlor System<br>1350 14th Street<br>Oakland, CA 94607<br><br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $427.71 |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Bassian Farms<br>1865 S 10th Street<br>San Jose, CA 95112<br><br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ Unknown |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>BiRite Foodservice Distributors<br>123 South Hill Drive<br>Brisbane, CA 94005<br><br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $2,307.23 |

| Debtor | B-Side BBQ, LLC | Case number (if known) 21-40688-CN |
|---|---|---|
| | Name | |

# Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.7
**Nonpriority creditor's name and mailing address**
Black Creek Builders
4096 Piedmont Avenue
Oakland, CA 94611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 7,460.01

### 3.8
**Nonpriority creditor's name and mailing address**
Brightpath Capital Partners LP
1 Kaiser Plaza, Suite 650
Oakland, CA 94612

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Unknown

### 3.9
**Nonpriority creditor's name and mailing address**
CASS Inc.
2740 Peralta Street
Oakland, CA 94607

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Unknown

### 3.10
**Nonpriority creditor's name and mailing address**
Chris Pastena
180 2nd Street #315
Oakland, CA 94607

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Unknown

### 3.11
**Nonpriority creditor's name and mailing address**
East Bay Restaurant Supply Inc.
49 4th Street
Oakland, CA 94607

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 43.58

| Debtor | B-Side BBQ, LLC | Case number (*if known*) 21-40688-CN |
|---|---|---|
| | Name | |

# Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address

Greenleaf

P.O. Box 45192
San Francisco, CA 94145

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 4,514.47

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.13** Nonpriority creditor's name and mailing address

Hodo Soy Beanery

2923 Adeline Street
Oakland, CA 94608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 270.00

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.14** Nonpriority creditor's name and mailing address

Horizon Beverage Company

8380 Pardee Drive
Oakland, CA 94621

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 702.65

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address

Jeremy Crandell

3247 Helen Street
Oakland, CA 94608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.16** Nonpriority creditor's name and mailing address

Joe Laymon

17 Dawn Street
Berkeley, CA 94705

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor: **B-Side BBQ, LLC**
Case number (if known): 21-40688-CN

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.17** Nonpriority creditor's name and mailing address
John Gooding
6363 Christie Ave #2616
Emeryville, CA 94608

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown

**3.18** Nonpriority creditor's name and mailing address
Kurt Schmitz Jr., Inc.
410 Hester Street
San Leandro, CA 94577

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 9,010.67

**3.19** Nonpriority creditor's name and mailing address
Letty Ledbetter
3033 Wisconsin Street
Oakland, CA 94602

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown

**3.20** Nonpriority creditor's name and mailing address
Monterey Fish Market
Pier 33
San Francisco, CA 94111

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 611.00

**3.21** Nonpriority creditor's name and mailing address
Semifreddi's
1980 N Loop Road
Alameda, CA 94502

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 33.75

Debtor: B-Side BBQ, LLC  
Case number (if known): 21-40688-CN

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.22** Nonpriority creditor's name and mailing address  
Skriv Design  
Attn: John Skrivanich  
10138 Regency Square Ave  
Las Vegas, NV 89148  

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☐ Liquidated and neither contingent nor disputed  

Basis for the claim: _____

Date or dates debt was incurred _____  
Last 4 digits of account number ___ ___ ___ ___  

Is the claim subject to offset?  
☐ No  
☐ Yes  

$ 550.94

**3.23** Nonpriority creditor's name and mailing address  
Southern Wine & Spirits  
2211 Palou Avenue  
San Francisco, CA 94124  

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: _____

Date or dates debt was incurred _____  
Last 4 digits of account number ___ ___ ___ ___  

Is the claim subject to offset?  
☐ No  
☐ Yes  

$ Unknown

**3.24** Nonpriority creditor's name and mailing address  
Starline Supply Company  
2401 Peralta Street  
Oakland, CA 94603  

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: _____

Date or dates debt was incurred _____  
Last 4 digits of account number ___ ___ ___ ___  

Is the claim subject to offset?  
☐ No  
☐ Yes  

$ 133.17

**3.25** Nonpriority creditor's name and mailing address  
Waste Management  
172 98th Avenue  
Oakland, CA 94603  

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: _____

Date or dates debt was incurred _____  
Last 4 digits of account number ___ ___ ___ ___  

Is the claim subject to offset?  
☐ No  
☐ Yes  

$ 398.51

**3.26** Nonpriority creditor's name and mailing address  
Wine Warehouse  
P.O. Box 45616  
San Francisco, CA 94145  

As of the petition filing date, the claim is:  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: _____

Date or dates debt was incurred _____  
Last 4 digits of account number ___ ___ ___ ___  

Is the claim subject to offset?  
☐ No  
☐ Yes  

$ 2,983.28

Debtor: **B-Side BBQ, LLC**  
Case number (if known): 21-40688-CN

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.27** Nonpriority creditor's name and mailing address
Young's Market Company
P.O. Box 743564
Los Angeles, CA 90074

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,485.85

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Debtor  B-Side BBQ, LLC
     Name

Case number (*if known*) 21-40688-CN

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ |
| 5b. **Total claims from Part 2** | 5b. + | $ 32,411.34 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 32,411.34 |