**Fill in this information to identify the case:**

Debtor: B-Side BBQ, LLC
United States Bankruptcy Court for the: Northern  District of: CA (State)
Case number (If known): 21-40688-CN

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $ Unknown |
| **2.2** | **Priority creditor's name and mailing address**<br>Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $ Unknown |
| **2.3** | **Priority creditor's name and mailing address**<br>Employment Development Department<br>Bankruptcy Unit-MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $ Unknown |

Debtor: B-Side BBQ, LLC
Name
Case number (if known) 21-40688-CN

# Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address

CA Dept. of Tax & Fee Administration
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

$ _____    $ Unknown

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____
_____
_____

$ _____    $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____
_____
_____

$ _____    $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____
_____
_____

$ _____    $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 9

Debtor: B-Side BBQ, LLC  
Case number (if known): 21-40688-CN

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| 3.1 | Acme Bread<br>1601 San Pablo Ave<br>Berkeley, CA 94702<br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: _____<br>Is the claim subject to offset?<br>☐ No ☐ Yes | $706.65 |
| 3.2 | Alsco<br>1575 Indiana Street<br>San Francisco, CA 94101<br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: _____<br>Is the claim subject to offset?<br>☐ No ☐ Yes | $191.36 |
| 3.3 | American Paper and Plastics Inc.<br>P.O. Box 91658<br>City of Industry, CA 91715<br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: _____<br>Is the claim subject to offset?<br>☐ No ☐ Yes | $580.51 |
| 3.4 | Auto-Chlor System<br>1350 14th Street<br>Oakland, CA 94607<br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: _____<br>Is the claim subject to offset?<br>☐ No ☐ Yes | $427.71 |
| 3.5 | Bassian Farms<br>1250 Whipple Road<br>Union City, CA 94587<br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: _____<br>Is the claim subject to offset?<br>☐ No ☐ Yes | $ Unknown |
| 3.6 | BiRite Foodservice Distributors<br>123 South Hill Drive<br>Brisbane, CA 94005<br>Date or dates debt was incurred: _____<br>Last 4 digits of account number: __ __ __ __ | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>Basis for the claim: _____<br>Is the claim subject to offset?<br>☐ No ☐ Yes | $2,307.23 |

Debtor: **B-Side BBQ, LLC**
Case number (if known): 21-40688-CN

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.7
**Nonpriority creditor's name and mailing address**
Black Creek Builders
4096 Piedmont Avenue
Oakland, CA 94611

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

$ 7,460.01

### 3.8
**Nonpriority creditor's name and mailing address**
Brightpath Capital Partners LP
1 Kaiser Plaza, Suite 650
Oakland, CA 94612

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

$ Unknown

### 3.9
**Nonpriority creditor's name and mailing address**
CASS Inc.
2740 Peralta Street
Oakland, CA 94607

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

$ Unknown

### 3.10
**Nonpriority creditor's name and mailing address**
Chris Pastena
180 2nd Street #315
Oakland, CA 94607

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

$ Unknown

### 3.11
**Nonpriority creditor's name and mailing address**
East Bay Restaurant Supply Inc.
49 4th Street
Oakland, CA 94607

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

$ 43.58

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address  
Greenleaf  
P.O. Box 45192  
San Francisco, CA 94145  

As of the petition filing date, the claim is:  
*Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed  
☐ Liquidated and neither contingent nor disputed  

Basis for the claim: _____  

Is the claim subject to offset?  
☐ No  
☐ Yes  

Date or dates debt was incurred _____  
Last 4 digits of account number ___ ___ ___ ___  

$ 4,514.47

**3.13** Nonpriority creditor's name and mailing address  
Hodo Soy Beanery  
2923 Adeline Street  
Oakland, CA 94608  

As of the petition filing date, the claim is:  
*Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed  

Basis for the claim: _____  

Is the claim subject to offset?  
☐ No  
☐ Yes  

Date or dates debt was incurred _____  
Last 4 digits of account number ___ ___ ___ ___  

$ 270.00

**3.14** Nonpriority creditor's name and mailing address  
Horizon Beverage Company  
P.O. Box 2163  
Oakland, CA 94621-0063  

As of the petition filing date, the claim is:  
*Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed  

Basis for the claim: _____  

Is the claim subject to offset?  
☐ No  
☐ Yes  

Date or dates debt was incurred _____  
Last 4 digits of account number ___ ___ ___ ___  

$ 702.65

**3.15** Nonpriority creditor's name and mailing address  
Jeremy Crandell  
3247 Helen Street  
Oakland, CA 94608  

As of the petition filing date, the claim is:  
*Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed  

Basis for the claim: _____  

Is the claim subject to offset?  
☐ No  
☐ Yes  

Date or dates debt was incurred _____  
Last 4 digits of account number ___ ___ ___ ___  

$ Unknown

**3.16** Nonpriority creditor's name and mailing address  
Joe Laymon  
527 Wycomb Court  
San Ramon, CA 94583  

As of the petition filing date, the claim is:  
*Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed  

Basis for the claim: _____  

Is the claim subject to offset?  
☐ No  
☐ Yes  

Date or dates debt was incurred _____  
Last 4 digits of account number ___ ___ ___ ___  

$ Unknown

Debtor: B-Side BBQ, LLC
Name

Case number (if known) 21-40688-CN

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.17** Nonpriority creditor's name and mailing address
John Gooding
6363 Christie Ave #2616
Emeryville, CA 94608

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ Unknown

**3.18** Nonpriority creditor's name and mailing address
Kurt Schmitz Jr., Inc.
410 Hester Street
San Leandro, CA 94577

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 9,010.67

**3.19** Nonpriority creditor's name and mailing address
Letty Ledbetter
3033 Wisconsin Street
Oakland, CA 94602

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ Unknown

**3.20** Nonpriority creditor's name and mailing address
Monterey Fish Market
Pier 33
San Francisco, CA 94111

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 611.00

**3.21** Nonpriority creditor's name and mailing address
Semifreddi's
1980 N Loop Road
Alameda, CA 94502

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 33.75

Case: 21-40688   Doc# 51   Filed: 10/04/21   Entered: 10/04/21 11:50:38   Page 6 of 11

Debtor    B-Side BBQ, LLC    Case number (if known) 21-40688-CN
          Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.22** Nonpriority creditor's name and mailing address

Skriv Design
Attn: John Skrivanich
10138 Regency Square Ave
Las Vegas, NV 89148

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 550.94

**3.23** Nonpriority creditor's name and mailing address

Southern Wine & Spirits

2211 Palou Avenue
San Francisco, CA 94124

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown

**3.24** Nonpriority creditor's name and mailing address

Starline Supply Company

2401 Peralta Street
Oakland, CA 94603

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 133.17

**3.25** Nonpriority creditor's name and mailing address

Waste Management

172 98th Avenue
Oakland, CA 94603

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 398.51

**3.26** Nonpriority creditor's name and mailing address

Wine Warehouse

P.O. Box 45616
San Francisco, CA 94145

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,983.28

Debtor  B-Side BBQ, LLC  
Name

Case number (*if known*) 21-40688-CN

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.27** Nonpriority creditor's name and mailing address

Young's Market Company

P.O. Box 743564
Los Angeles, CA 90074

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,485.85

---

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.__** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 8 of 9

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ Unknown |
| 5b. **Total claims from Part 2** | 5b. ➕ | $ 32,411.34 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 32,411.34 |

# CREDITORS WITH UPDATED ADDRESSES

Case: 21-40688    Doc# 51    Filed: 10/04/21    Entered: 10/04/21 11:50:38    Page 10 of 11

Bassian Farms
1250 Whipple Road
Union City, CA 94587

Joe Laymon
527 Wycomb Court
San Ramon, CA 94583